IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 17-PO-5037-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 6563443 |
| vs. | |
| COLIN J. SIBBERNSEN, | Location Code: M13 |
| Defendant. | ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6563443 is DISMISSED.

DATED this  1st  day of January/February 2018.

John Johnston
United States Magistrate Judge